HMK/mjg CH 7977

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FEDERAL INSURANCE COMPANY

                        Plaintiff,                      08 CV 1807 (VM)(RLE)
                                                                  ECF CASE

   -against-


M/V HYUNDAI GARNET her engines, boilers,       **RULE 7.1 STATEMENT**
tackle, etc., FAN CHENG INTERNATIONAL
TRANSPORTATION SERVICE, CO.  LTD.,
EURASIA EXPRESS CO., LTD., EURASIA
EXPRESS GROUP, EURASIA FREIGHT
SERVICES, INC.

                        Defendants.
-------------------------------------------------------------------X

       PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH

IS PUBLICLY HELD AND HEREBY SETS FORTH FEDERAL INSURANCE

COMPANY'S PARENT CORPORATION:     THE CHUBB CORPORATION

Dated: February 15, 2008

                                                    KINGSLEY, KINGSLEY & CALKINS
                                                    Attorneys for Plaintiff


                                                    BY:__/S/_____
                                                        HAROLD M. KINGSLEY
                                                       91 W. Cherry Street
                                                       Hicksville, New York 11801
                                                      (516) 931-0064