# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

FEDERAL INSURANCE COMPANY

Plaintiffs,

v.

M/v HYUNDAI GARNET, her engines, boilers, tackle, etc., FAN CHENG INTERNATIONAL TRANSPORTATION SERVICE Co., Ltd., EURASIA EXPRESS, Co., Ltd., EURASIA EXPRESS GROUP, EURASIA FREIGHT SERVICE INC.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 01807

TO:
Fancheng International Transportation Service Co Ltd.
c/o Eurasia Freight Service, Inc..
230-79 International Airport Ctr. Blvd
Ste 250, Jamaica, NY 11413

Eurasia Freight Service, Inc.
230-79 International Airport Center Blvd.
Suite 250
Jamaica, NY 11413

Eurasia Express Co.
c/o Eurasia Freight Service, Inc.
230-79 International Airport Center Blvd.
Suite 250
Jamaica, NY 11413

Eurasia Express Group.
c/o Eurasia Freight Service, Inc.
230-79 International Airport Center Blvd.
Suite 250
Jamaica, NY 11413

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL MCMAHON                    DATE  FEB 22 2008

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: KINGSLEY, KINGSLEY & CALKINS

FEDERAL INSURANCE COMPANY

                 Plaintiff(s)

- against -

M/V HYUNDAI GARNET, HER ENGINES, BOILERS, TACKLE, ETC., ETAL

                 Defendant(s)

Index # 08 CV 01807 (vm)

Purchased February 22, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

LINDEN BLACKMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 13, 2008 at 10:32 AM at

C/O EURASIA FREIGHT SERVICE, INC.
230-79 INTERNATIONAL AIRPORT CTR. BLVD.
STE. 250
JAMAICA, NY 11413

deponent served the within SUMMONS & VERIFIED COMPLAINT on EURASIA EXPRESS CO., LTD. therein named.

  BY LEAVING A TRUE COPY WITH DAVID IN, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 25 | 5'7 | 145 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 14, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**LINDEN BLACKMAN**
License #: 871311
Invoice #: 458058

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728