# Kingsley, Kingsley & Calkins
### ATTORNEYS AT LAW
#### Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-08

---

April 17, 2008

Hon. Victor Marrero                **By Fax**
United States District Court
Southern District of New York
500 Pearl Street, RM 660
New York, NY 10007

RE: Federal Insurance Company v.
M/V HYUNDAI GARNET, et al.
08 CV 1807 (VM)(RLE)
Our Ref: CH 7977

Hon. Sir:

Per your order for a status update, although we have personally served local office of defendants on March 13, 2008, we have also requested the Clerk to effect service by registered foreign mail on March 26, 2008.

We will however proceed to begin default judgment procedures.

Thank you.

Respectfully

KTM/

> Plaintiff may proceed to file forthwith entry of default judgment herein on notice to defendants. Such application shall include all documentation supporting the liability and damages claimed.
>
> SO ORDERED:
> 4-17-08
> DATE    VICTOR MARRERO, U.S.D.J.