U.S. DISTRICT COURT FILED
MAR 3 1 2008
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY V.

Plaintiff,

-V-

M/V HYUNDAI GARNET, et al.

Defendants.

**CERTIFICATE OF MAILING**

08 CV 1807 (VM)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**31ST day of March, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT WITH PRAY FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**22ND day of February, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 943 585 US**

J. Michael McMahon
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

March 26, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: FEDERAL INSURANCE COMPANY V.
M/V HYUNDAI GARNET, *et al.*
08 CV 1807 (VM)
Our Ref: CH 7977

Sir:

Please serve the enclosed Summons and Complaint on the following defendants by registered mail pursuant to Federal Rules of Civil Procedure Rule 4: (f)(2)©) (ii):

TRANSPORTATION SERVICE CO., LTD.
ıgHai

Registered No. RB632943585US

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | $10.15 | | | 0004 |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 10 |
| Postage | $1.80 | Restricted Delivery | $0.00 | 03/31/08 |
| Received by | ML | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

10013

FROM: KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
Our File CH7977

TO: FAN CHENG INTERNATIONAL TRANSP.
SERVICE CO., LTD.
Add:8-9F, No. 218 Wu Song Road
Shanghai CHINA

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Very truly yours,

[signature]