```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
FEDERAL INSURANCE COMPANY,          :
                                    :   08 Civ. 01807 (VM)
               Plaintiff,           :
                                    :
       -against-                    :           ORDER
                                    :
M/V HYUNDAI GARNET et al.,          :
                                    :
               Defendants.          :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated April 17, 2008 the Court granted plaintiff's request authorizing the Clerk of Court to effect service on defendants by registered foreign mail by March 26, 2008 and permitting plaintiff to proceed to file a motion for entry of judgment by default. A review of the Docket Sheet for the matter indicates no further action taken in response to the Court's April 17, 2008 Order. Accordingly, it is hereby

**ORDERED** that by May 20, 2008 plaintiff clarify the status of this action and indicate whether further proceedings are contemplated with respect to this action. In the event no timely response is made the Court may dismiss the case for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         15 May 2008

                                         _____
                                         VICTOR MARRERO
                                         U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08
```