Gregory G. Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for defendant, EURASIA FREIGHT SERVICE, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | 08 Civ. 01807 (VM) |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| -against- | |
| M/V HYUNDAI GARNET, her engines, boilers, tackle, etc., FAN CHENG INTERNATIONAL TRANSPORTATION SERVICE Co., Ltd., EURASIA EXPRESS, Co., Ltd., EURASIA EXPRESS GROUP, EURASIA FREIGHT SERVICE INC. | |
| Defendant. | |

-----------------------------------------------------------X

Pursuant to Fed.R.Civ.P., Rule 7.1, to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the defendant, EURASIA FREIGHT SERVICE INC. certifies that the following are corporate parents, subsidiaries or affiliates of the defendant corporation: **None.**

Dated: New York, NY
May 22, 2008

                                              CASEY & BARNETT, LLC

                              By:   */s/ Gregory G. Barnett*
                                       _____

                                              Gregory G. Barnett, Esq.
                                              317 Madison, 21st Floor
                                              New York, New York 10017
                                              (212) 286-0225