CASEY & BARNETT, LLC
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**

CHRISTOPHER M. SCHIERLOH

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08

July 22, 2008

*Via Facsimile: (212) 805-6382*

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

Re: *Federal Insurance Company v. M/V HYUNDAI GARNETT et al*
08 Civ. 1807 (VM)
Our File: 200-08

Dear Honorable Judge:

We represent defendant, Eurasia Freight Services, Inc., in the above captioned action. Pursuant to my conversation with chambers, we hereby request a thirty (30) day adjournment for the initial conference scheduled for Friday, July 25, 2008, as I will be out of the country. I have discussed this matter with plaintiff's counsel, and he has agreed to the requested adjournment.

We appreciate the Court's assistance in this matter and look forward to its comments.

Very truly yours,
CASEY & BARNETT, LLC

Gregory G. Barnett

cc: Kevin T. Murtagh
Kingsley Kingsley & Calkins
*Via Facsimile:* (516) 931-4313

Request GRANTED. The initial conference herein is rescheduled to 8-25-08 at 4:45 p.m.
SO ORDERED.

7-22-08
DATE     VICTOR MARRERO, U.S.D.J.