11-Aug-2008 02:35 PM Casey & Barnett, LLC 212-286-0261                                    2/2

08/07/2008 09:12 FAX 5168314313        KINGSLEY KINGSLEY CALKIN                    ☒002

HMK/mjg CH 7977

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                Plaintiff,

  -against-

M/V HYUNDAI GARNET her engines, boilers,
tackle, etc., FAN CHENG INTERNATIONAL
TRANSPORTATION SERVICE, CO. LTD.,
EURASIA EXPRESS CO., LTD., EURASIA
EXPRESS GROUP, EURASIA FREIGHT
SERVICE, INC.,

                Defendants.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08
```

ECF

08 Civ. 1807 (VM)

STIPULATION AND
CONSENT ORDER OF
PARTIAL VOLUNTARY
DISMISSAL, RULE 41(a)(2),
F.R.CIV.P.

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for plaintiff and for defendant, EURASIA FREIGHT SERVICE INC., that defendant, EURASIA FREIGHT SERVICE INC., only, be dismissed from this action, without prejudice and without costs to either party.

Dated:     August 7, 2008

KINGSLEY, KINGSLEY & CALKINS
Attorneys for Plaintiff

By: _____
Steven P. Calkins
91 W. Cherry Street
Hicksville, NY 11801
(516) 931-0064

CASEY & BARNTETT, LLC
Attorneys for Defendant
EURASIA FREIGHT SERVICE INC.

By: _____
Gregory G. Barnett
317 Madison Ave., 21st Fl.
New York, New York 10017
(212) 286-0225

SO ORDERED:    24 August, 2008

_____
U.S.D.J. Victor Marrero