```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FEDERAL INSURANCE COMPANY,              :
                                        :    08 Civ. 01807 (VM)
                Plaintiff,              :
                                        :
        -against-                       :    ORDER
                                        :
M/V HYUNDAI GARNET et al.,              :
                                        :
                Defendants.             :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated May 27, 2008 the Court granted plaintiff's motion for entry of default judgment against defendant Fan Cheng International Transportation Service Co., Ltd. herein, and by Order dated August 25, 2008, the Court approved the stipulation of dismissal as to defendant Eurasia Freight. A review of the Docket Sheet indicates that no further correspondence with the Court or other proceedings have been recorded in this action against any of the remaining defendants. Accordingly, it is hereby

**ORDERED** that plaintiff herein clarify the status of this action and indicate whether the case remains active or should be closed on the Court's docket. In the event no timely response is made to this Order by September 8, 2008, the Court may direct that the action be dismissed for lack of prosecution and the case closed.

**SO ORDERED.**

Dated:   New York, New York
         3 September 2008

_____
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08